UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 13, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JEROME BENTON, JR.<br><br>Defendant. | Case No. 2:22-CR-00062-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JEROME BENTON, JR.,</u> Case No. 2:22-CR-00062-01-TLN, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

   _____  Unsecured Appearance Bond $ _____

   _____  Appearance Bond with 10% Deposit

   _____  Appearance Bond with Surety

   _____  Corporate Surety Bail Bond

   __X__  (Other): <u>TIME SERVED.</u>

Issued at Sacramento, California on March 13, 2025.

_____
Troy L. Nunley
Chief United States District Judge